**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| US AIRWAYS, INC. AND SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., | : | No. 185 WAL 2018 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| Petitioners | : | the Order of the Commonwealth Court |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| WORKERS' COMPENSATION APPEAL BOARD (BOCKELMAN), | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 3rd day of October, 2018, the Petition for Allowance of Appeal is

**GRANTED**, **LIMITED TO** Petitioner's first issue, edited for clarity as follows:

> Is the Commonwealth Court's order contrary to long-standing case law from the Commonwealth Court holding that an employee is not in the course and scope of employment while traveling between a parking lot and the workplace unless the employer mandates how an employee commutes to work and/or where the employee must park his/her vehicle?

The Petition for Allowance of Appeal is **DENIED** as to all remaining issues.